UNITED STATES of America,
Plaintiff-Appellee

v.

Gabriel LIMON, Defendant-Appellant

No. 16-50232
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/20/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Gabriel Limon, Pro Se

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gabriel Limon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th ·Cir. 2011). Limon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly,, counsel's motion for leave to withdraw is GRANTED, counsel

is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

